# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 06, 2025

Edwin V. Butler II
BUTLER LAW GROUP
Suite 220
1650 Des Peres Road
Frontenac, MO  63131

RE:  25-1248  Daniel Human v. Fisher Investments, Inc., et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

Please contact us if you have any questions about the case.

Maureen W. Gornik
Acting Clerk of Court

CMH

Enclosure(s)

cc:     Clerk, U.S. District Court, Eastern District of Missouri
        Matthew D. Guletz
        Melanie Ng
        James Michael Ruley
        Alexander Donald Terepka

            District Court/Agency Case Number(s):   4:24-cv-01177-MTS

**Caption For Case Number:   25-1248**

Daniel Human, Individually, and on behalf of other similarly situated

       Plaintiff - Appellant

v.

Fisher Investments, Inc.; Smart Asset Advisors, LLC

       Defendants - Appellees

**Addresses For Case Participants:   25-1248**

Edwin V. Butler II
BUTLER LAW GROUP
Suite 220
1650 Des Peres Road
Frontenac, MO  63131

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Matthew D. Guletz
THOMPSON & COBURN
One US Bank Plaza, Suite 2700
505 N. Seventh Street
Saint Louis, MO  63101-1693

Melanie Ng
WATSTEIN & TEREPKA
Eighth Floor
1055 Howell Mill Road
Atlanta, GA  30318

James Michael Ruley
WATSTEIN & TEREPKA
Eighth Floor
1055 Howell Mill Road
Atlanta, GA  30318

Alexander Donald Terepka
WATSTEIN & TEREPKA
Eighth Floor
1055 Howell Mill Road
Atlanta, GA  30318