# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

February 13, 2025

Edwin V. Butler II
BUTLER LAW GROUP
Suite 220
1650 Des Peres Road
Frontenac, MO  63131

      RE:  25-1248  Daniel Human v. Fisher Investments, Inc., et al

Dear Counsel:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14-day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14-day period.

                                                                Maureen W. Gornik
                                                               Acting Clerk of Court

HAG

Enclosure(s)

cc:     Clerk, U.S. District Court, Eastern District of Missouri
        Matthew D. Guletz
        Melanie Ng
        James Michael Ruley
        Alexander Donald Terepka

      District Court/Agency Case Number(s):   4:24-cv-01177-MTS

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-1248
_____

Daniel Human, Individually, and on behalf of other similarly situated

Plaintiff - Appellant

v.

Fisher Investments, Inc.; Smart Asset Advisors, LLC

Defendants - Appellees

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
 (4:24-cv-01177-MTS)

------

## JUDGMENT

Before BENTON, KELLY, and KOBES, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this premature appeal be dismissed for lack of jurisdiction.

February 13, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Maureen W. Gornik