IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL HUMAN, Individually and on behalf of others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | Case No. 4:24-cv-01177 MTS |
| vs. ) ) **)** | |
| FISHER INVESTMENTS, INC., AND SMARTASSET ADVISORS, LLC, ) ) ) | |
| Defendants. ) | |

## **MOTION TO DISMISS DEFENDANT FISHER'S COUNTERCLAIM**

COMES NOW the Plaintiff, Daniel Human, by and through counsel, and moves this Court to Dismiss Defendant Fisher's counterclaim under Rule 12(b)(6) of the Fed. R. Civ. Proc., for failure to state a claim upon which relief can be granted herein for the following reasons:

1.	Fisher's counterclaim is in violation of Rule 408 Fed. R. Civ. Proc.

2.	Fisher has failed to plead specific facts to sustain a claim of fraud, nor which a reasonable trier of fact could conclude that Plaintiff committed any form of fraud.

3.	Even reading the counterclaim in its broadest sense, Fisher has pled a conspiracy to commit fraud, which is not cognizable and fails to state a claim upon which relief can be granted as a matter of law.

4.	Plaintiff has never provided smartasset.com nor Fisher with express written consent to contact his phone, Defendant has failed to show otherwise in response to direct interrogatories.

5.	Fisher has failed to plead with specificity facts which constitute express written consent in any filed pleading or prior disclosures.

1

6. The smartasset.com website's consent form is not TCPA compliant in that it does not contain Daniel Human's name, nor Defendant Fisher's in the form – nor does it identify Fisher as its marketing partner thereby disproving any alleged consent or scheme deficiently set forth in the counterclaim.

7. The www.smartasset.com website fails to Comply With the E-Sign Act and any contact with that site fails to confer the required one-to-one express written consent to Fisher.

8. Defendant Fisher lacks standing to bring a claim which relies solely on Defendant Smart Asset Advisors, LLC or smartasset.com in that the counterclaim fails to plead with any specificity that a relationship between Fisher and Smart Asset Advisors, LLC existed, nor that they were the intended beneficiary of any contract or the existence of a contract.

WHEREFORE, for the foregoing reasons, Plaintiff prays this Court dismiss Fisher's counterclaim, and that the Plaintiff be granted his costs and attorney fees for defending a frivolous and retaliatory filing, and for such further relief deemed just and equitable in the circumstances.

Respectfully submitted,

/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001
Attorney for the Plaintiff

Certificate of Service

I hereby certify that the above and foregoing Answer was served electronically on this 13th day of February 2025, on the Attorney of record for the Defendants and via ECF/CM filing. This

document was also scanned for viruses using Windows Defender 2022 and is free of viruses and malware.

/s/Edwin V. Butler  
Edwin V. Butler