## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DANIEL HUMAN, *individually and on behalf of others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:24-cv-01177-MTS ) |
| FISHER INVESTMENTS, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

The Case Management Order and First Amended Case Management Order require the parties to use a specially designated email address to request a conference with the Court prior to seeking any Order relating to discovery. *See* Doc. [19] ¶ (3)(c)(ii); Doc. [34] ¶ (3)(d)(ii); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (providing that a scheduling order may "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). Today, Defendant Fisher Investments, Inc. ("Fisher") properly followed this procedure, representing to the Court that discovery issues discussed in the last informal conference, *see* Doc. [31] (electronic minute entry), remained. Given that the parties and the Court already have attempted to resolve these issues informally, and the Court already ordered specific deadlines be met, *see* Doc. [34] ¶ (3)(c), the Court will now authorize Defendant Fisher to formally move for any order relating to discovery. *See, e.g.*, Fed. R. Civ. P. 37; *id.* at 16(b)(4).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Fisher shall file any such motion(s) regarding current discovery issues no later than **Wednesday**, **March 19, 2025**.  Plaintiff shall file his response to such motions no later than **Monday**, **March 24, 2025**, and Fisher may file any reply thereto no later than **Wednesday**, **March 26, 2025**.  All filings must comply with Local Rule 4.01(A) & (D).  A hearing on any motion will be held on **Friday**, **March 28, 2025**, at **1:15 p.m.**, in Courtroom Sixteen South (16-S) of the Thomas F. Eagleton United States Courthouse.

So **ORDERED** this 14th day of March 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE