# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

**DANIEL HUMAN**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**FISHER INVESTMENTS, INC., AND SMART ASSET ADVISORS, LLC,**

    Defendants.

Case No. 4:24-cv-01177-MTS

**JURY TRIAL DEMANDED**

## DEFENDANT FISHER INVESTMENTS, INC.'S MOTION TO COMPEL

Pursuant to the Court's March 14, 2025 Order (ECF No. 63), Defendant Fisher Investments ("Fisher"), by and through its undersigned counsel, hereby moves this Court for an Order compelling discovery from Plaintiff Daniel Human in this case. Specifically, Fisher requests that this Court compel Mr. Human to: (1) fully respond to Fisher's discovery requests in this case, including providing complete answers to the interrogatories and producing all documents responsive to Fisher's document request; (2) sit for his deposition within 7 days of fully responding to discovery; (3) comply with Fisher's device inspection request, including by producing whatever is left of a desktop computer he apparently destroyed immediately before the court-ordered device inspection deadline. Fisher also requests that the Court dismiss Mr. Human's Amended Complaint and impose monetary sanctions to compensate Fisher for its attorneys' fees and costs incurred as a result of Mr. Human's many violations of the Court's orders and his discovery obligations.

In support of its Motion, Fisher relies upon its contemporaneously filed memorandum of law and the declarations and supporting exhibits filed in support.

Dated: March 19, 2025

Respectfully submitted,

/s/ *Alexander D. Terepka*
Alexander D. Terepka (*pro hac vice*)
James M. Ruley (*pro hac vice*)
Melanie G. Ng (*pro hac vice*)
WATSTEIN TEREPKA LLP
1055 Howell Mill Rd. 8th Floor
Atlanta, Georgia 30318
Tel: (213) 839-3317
alex@wtlaw.com
jruley@wtlaw.com
mng@wtlaw.com

Matthew D. Guletz, #57410(MO)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6311
Fax: 314-552-7000
mguletz@thompsoncoburn.com

*Attorneys for Defendant Fisher Investments, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this March 19, 2025, I caused to be electronically filed the foregoing document in the United States District Court for the Eastern District of Missouri, with notice of same being electronically served via email to Plaintiff's counsel.

                                               */s/ Alexander D. Terepka*
                                               Alexander D. Terepka