# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **DANIEL HUMAN**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**FISHER INVESTMENTS, INC., AND SMART ASSET ADVISORS, LLC,**<br><br>    Defendants. | Case No. 4:24-cv-01177-MTS<br><br>JURY TRIAL DEMANDED |

### DEFENDANT FISHER INVESTMENTS, INC.'S MOTION FOR SANCTIONS RELATED TO UNNECESSARY JANUARY 22 HEARING

Pursuant to the Court's March 14, 2025 Order (ECF No. 63), Defendant Fisher Investments ("Fisher"), by and through its undersigned counsel, hereby moves this Court for an Order sanctioning Plaintiff for his discovery misconduct, including his conduct culminating in the unnecessary January 22, 2025 discovery conference with the Court. Fisher respectfully requests monetary sanctions to compensate Fisher for the unnecessary expenses Mr. Human imposed by intentionally violating the Court's orders and ignoring Fisher's many communications asking him to comply.

In the effort to lessen the burden on the Court and to avoid motion practice, Fisher twice offered to moot the issues addressed in this motion by offering to resolve its claim to recoup unnecessary fees incurred by Mr. Human's conduct, even at a discount. Mr. Human never responded. With no other option, Fisher seeks relief from this Court.

In support of its Motion, Fisher relies upon its contemporaneously filed memorandum of law and the declarations and supporting exhibits filed in support.

Dated: March 19, 2025

Respectfully submitted,

/s/ *Alexander D. Terepka*
Alexander D. Terepka (*pro hac vice*)
James M. Ruley (*pro hac vice*)
Melanie G. Ng (*pro hac vice*)
WATSTEIN TEREPKA LLP
1055 Howell Mill Rd. 8th Floor
Atlanta, Georgia 30318
Tel: (213) 839-3317
alex@wtlaw.com
jruley@wtlaw.com
mng@wtlaw.com

Matthew D. Guletz, #57410(MO)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6311
Fax: 314-552-7000
mguletz@thompsoncoburn.com

*Attorneys for Defendant Fisher Investments, Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this March 19, 2025, I caused to be electronically filed the foregoing document in the United States District Court for the Eastern District of Missouri, with notice of same being electronically served via email to Plaintiff's counsel.

                                             */s/ Alexander D. Terepka*
                                             Alexander D. Terepka