IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL HUMAN, ) | |
| ) | |
| Plaintiff, ) | Case No. **4:24-cv-01177-MTS** |
| ) | |
| vs. ) | |
| ) | |
| FISHER INVESTMENTS, INC. ) | |
| SMART ASSETS ADVISORS, LLC, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' THIRD MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE ISSUE OF DEFENDANT FISHER'S LIABILITY**

Plaintiff, Daniel Human, individually, and on behalf of others similarly situated, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 56(a), hereby moves this Court for partial summary judgment in its favor and against Defendants Fisher Investments, Inc. and Smart Assets Advisors, LLC as to the issue of liability and vicarious liability on all the causes of action alleged in Plaintiff's Complaint, with damages to be determined.

1. The record shows, respecting the matters set forth in the Complaint, that no genuine issues of material fact remain affecting Defendant's liability or with respect to the issue of vicarious liability, and that the Plaintiff is entitled to judgment as a matter of law.

2. For the reasons contained herein and in the incorporated memorandum of law, Declaration of Plaintiff and corresponding exhibits, Plaintiff respectfully requests that the Court grant this motion and enter partial summary judgment on his behalf with respect to the issues of liability and vicarious liability.

3.      Counsel certifies pursuant to Local Rule 3.04(a) that he had no obligation to consult with Defendant's counsel prior to filing this motion.

Respectfully submitted,

/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001
Attorney for the Plaintiff

A true copy of the above and foregoing was served on all counsels of record upon filing through the Court ECF/CM system.

/s/Edwin V. Butler
Edwin V. Butler Mo. 32489