IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Daniel Human, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs. | ) ) | |
| Vs. | ) ) | No. 4:24-cv-01177-JMB |
| Fisher Investments, Inc., | ) ) ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW Counsel for Plaintiff, Edwin V. Butler, and respectfully moves this Court to withdraw as counsel of record, herein for the following reasons:

1. The undersigned counsel is operating under a conflict of interest with Mr. Human and is unable to continue representing Plaintiff in this case.

2. Due to prior matters and Mr. Human's recent testimony, Counsel must cease representing Mr. Human to comply with the Rules of Professional Conduct. Therefore, representation is terminated for professional reasons.

3. Counsel cannot proceed with strategy or meaningful discussions about this litigation, nor argue zealously for Mr. Human, without disclosing attorney/client privileged information, thus, the representation will result in violation of the rules of professional conduct or other law.

4.       Due to the Court's recent decision to strike all of Mr. Human's pleadings and grant judgment on Fisher's counterclaims for fraudulent activities, it is reasonable to opine, based on that decision, that if the undersigned persists in a course of action involving the lawyer's services that the lawyer reasonably believes is fraudulent;

5.       The client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement.

6.       Counsel was not retained in this case to perform civil defense work, and Mr. Human is unable to pay the fees required for representation and continued representation has resulted in an unreasonable financial burden on the undersigned counsel.

Respectfully submitted.

/s/Edwin V. Butler
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., STE 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001

Attorney for the Plaintiff

This 7th day of April, 2025.

A true and correct copy of the above and foregoing motion to withdraw has been served on all parties through the ECF/CM filing system this 10th day of April, 2025.

/s/Edwin V. Butler
Edwin V. Butler

2