**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL HUMAN, *individually and on behalf of others similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:24-cv-01177-MTS |
| FISHER INVESTMENTS, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that Defendant Fisher Investments, Inc.'s Motion for Leave to File Under Seal, Doc. [92], is **DENIED** in that the Court will not permit these documents to be filed under seal in this matter given that they go to the veracity of statements made by Plaintiff and his counsel in the public record.  The Clerk of Court is respectfully directed to file the documents in the public record if or when it becomes proper under Local Rule 13.05(g).

Dated this 24th day of April 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE