IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DANIEL HUMAN**, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>**FISHER INVESTMENTS, INC.,**<br><br>     Defendant. | Case No. 4:24-cv-01177-MTS<br><br>JURY TRIAL DEMANDED |

**STIPULATED AMENDED DEADLINES GOVERNING FISHER'S DAMAGES DISCOVERY**

The parties discussed scheduling issues after the hearing yesterday per the Court's instruction. The parties hereby stipulate to the following items that the Court did not rule on during the hearing:

- June 12, 2025: Deadline for Fisher to submit supplemental fees and costs to the Court;

- June 23, 2025: Deadline for Mr. Human to respond to Fisher's supplemental cost submission;

- June 27, 2025: Deadline for Fisher's reply (if any) in support of its supplemental cost submission;

- July 14, 2025: New deadline to complete any other depositions (extending by 45 days May 30, 2025 deadline of current schedule in paragraph 3(d) of the Second Amended Case Management Order, ECF 83); and

- July 21, 2025: New deadline to raise discovery any disputes with the Court (extending by 45 days June 6, 2025 deadline of current schedule in paragraph 3(e) of the Second

Amended Case Management Order, ECF 83).

Dated: May 23, 2025

Respectfully submitted,

<u>/s/ Edwin V. Butler</u>
Edwin V. Butler Mo. 32489
*signed with express permission*
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001

*Attorney for Mr. Human*

By: <u>/s/ Alexander D. Terepka</u>
Alexander D. Terepka (admitted *pro hac vice*)
alex@wtlaw.com
James M. Ruley (admitted *pro hac vice*)
jruley@wtlaw.com
Melanie Ng (admitted *pro hac vice*)
mng@wtlaw.com
WATSTEIN TEREPKA LLP
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404) 782-9821

Matthew D. Guletz, #57410
mguletz@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6311

*Counsel for Fisher Investments, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF filing system, which will automatically send an electronic copy to all counsel of record.

                                               */s/ Alexander D. Terepka*
                                               Alexander D. Terepka

Case: 4:24-cv-01177-MTS   Doc. #:  106   Filed: 05/23/25   Page: 3 of 3 PageID #: 2478