# EXHIBIT B

## Residential Trash, Recycling, and Yard Waste Pick-Up Schedule




# CITY OF FRONTENAC

## Important Information | Residential Waste Collection

Effective January 1, 2020, The CITY OF FRONTENAC has awarded a five-year contract to Gateway Disposal LLC to continue the once per week collection of residential trash, yard waste and recyclables from single family residences. Your yard waste, trash, and recycling pick-up schedule will not change. Gateway will continue to provide rear and side yard pick-up for trash and recycling, and curbside service for yard waste. Residents will keep existing carts, as Gateway has purchased them from Meridian. Visit the City's website www.CITYOFFRONTENAC.ORG for updates.

## Holiday Schedule

Gateway Disposall LLC obeserves the following six (6) holidays per year:

**New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day.**

**If the holiday falls during the work week all services move forward one day following the holiday.**

**For example, Thanksgiving falls on a Thursday. Thursday pick-up would move to Friday, and Friday pick-up moves to Saturday. No change to rest of week.**

*Was your collection missed? Need a mobile cart?*
*Want to schedule an appliance collection?*

**Contact Gateway Disposal LLC at 314-900-2070.**

GATEWAY
DISPOSAL

130 Northwest Industrial Ct, Bridgeton, MO 63044

## Recycling–Rear Yard Collection Service

Recyclables are collected on the same day as trash collection. A 64-gallon mobile cart is furnished to each residence for the storage and collection of single stream recyclables. The guide below details the type of acceptable recyclables. There is no additional charge for additional mobile carts for recycling collection.

No hazardous materials such as oil, pesticides, insecticides, paint, or batteries will be accepted.

### Single Stream Recycling Guide



#### Cans & Foil

- Aluminum cans and foil (trays & foil must be cleaned)
- Tin and steel cans
- Non-hazardous aerosol cans, such as whipped cream or cooking oil (empty only)
- Lids from jars

**No hazardous materials such as oil, pesticides, insecticides, paint, batteries or cleaners.**



#### Paper

- Newspapers and inserts
- Cardboard (flattened, unwaxed)
- Mail, junk mail and envelopes
- Telephone books
- Molded cardboard/paper egg cartons
- Kraft brown bags
- Chipboard, such as cereal, cake and food mix boxes, gift boxes
- Magazines
- Paperback books (no hard covers)
- Soda and beer can carrying cases
- Office and computer paper, notebooks and gift wrap (no metal clips, spirals)
- Aseptic packaging such as juice cartons and pouches
- Frozen food packaging

**Do not include:**

- No food contaminated paper
- No pet soiled paper
- No napkins, tissue or toilet paper



#### Plastic

- 1 PET soda, water and flavored beverage bottles
- 2 HDPE Milk and juice jugs, detergent and fabric softener containers
- 3 PVC Narrow beck containers only, such as health and beauty aid products and household cleaners
- 4 LDPE Grocery containers, such as margarine tubs, frozen dessert cups, six and twelve pack rings
- 5 PP Grocery containers, such as yogurt cups and narrow neck syrup and ketchup bottles
- 6 PS Disposable plates and cups, egg cartons, carry-out containers, compact disc cases, meat trays, aspirin bottles
- 7 Plastic narrow neck containers only
- Plastic buckets, (5 gallon max. size)

**Do not include:**

- No plastic bags, plastic film or wrap
- No Styrofoam or "packing peanuts"
- No plastic newspaper sleeves

#### Instructions

- Commingle all acceptable recyclables in this cart (no sorting necessary)
- Please place your recycling cart at the curb
- Rinse food residue from containers
- All recyclables must be placed in the cart with the lid completely closed
- Do not bag the recyclables
- If in doubt, throw it in your trash. Non-recyclables can ruin the whole load



#### Glass

- Glass bottles and jars (clear and colored)
- Food containers
- Beverage containers

**Do not include:**

- No window glass or mirrors
- No ceramics and dinnerware
- No light bulbs

## Yard Waste–Curbside Collection Service

Unlimited bags, bundles and/or cans of yard waste will be collected curbside on Monday of each week. For collection, yard waste should be placed in biodegradable paper bags, owner-furnished standard plastic or metal trash cans (each weighing less than 60 pounds and not exceeding 45-gallon capacity), waste provider mobile carts, or bundled. Yard waste should not extend above the top of the bags, cans or carts. Tree limbs and similar pruning that are tied using natural fiber twine should be no longer than four (4) feet, no greater than 4 inches in diameter and no heavier than 60 pounds.

Christmas trees (cut in half) are collected at the curb during the months of December and January on the residents regularly scheduled collection day (Monday). All other months, yard waste restrictions will apply.

Unlimited yard waste collection year round.

## Basic Service

### Major Household Appliances

Large household appliances consisting of refrigerators, freezers, clothes washers and dryers, water heaters, trash compactors, dishwashers, microwave ovens, ranges, stoves, wood stoves, and air conditioners that can be easily and safely handled. Major appliances must be placed at the curb and collection scheduled in advance. Contact Gateway Disposall LLC at 314-900-2070 to schedule a pick-up.

Additional Collection Service Fee: $20.00

### Bulky Trash–Curbside Collection Service

All household furnishings such as mattresses, sofas, chairs and other large items other than those listed under "Major Household Appliances" that can be easily and safely handled by two workers with the regular trash collection. Bulky trash must be placed at teh curb. Contact Gateway Disposal LLC at 314-900-2070 if you wish to schedule this service.

### Trash Collection Service

Collection of trash from resident furnished standard plastic or metal cans (each weighing less than 60 pounds and not exceeding 45-gallon capability) at one location at the front, rear, or side (nearest driveway) yard.

### SCHEDULE

| | | |
|---|---|---|
| Quarterly Rates | January 1, 2020 to December 31, 2020 | $77.25 |
| | January 1, 2021 to December 31, 2021 | $78.78 |

### Extra Cart Rental for Trash or Yard Waste

Extra 96-gallon mobile carts are available for rental for trash or yard waste. Carts are specifically labeled for the storage and collection of trash and yard waste. Contact Gateway Disposal LLC at 314-900-2070 if you wish to start this service.

Additional Monthly Service Fee: $3.50 (per cart).

## Discount

A Senior Citizen Discount (15%) is available for basic service collections. This will be provided to residents in which the head of the household is 65 years old or older and living at that address. Proof of age and residency is required and should be mailed to Gateway Disposal LLC,130 Northwest Industrial Ct, Bridgeton, MO 63044.