## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

**DANIEL HUMAN**, individually and on
behalf of all others similarly situated,

     Plaintiff,

v.

                            **Case No. 4:24-cv-01177-MTS**

**FISHER INVESTMENTS, INC.,** ET AL.         **JURY TRIAL DEMANDED**

     Defendants.

## FISHER'S REPLY IN SUPPORT OF ITS SUPPLEMENTAL FEE SUBMISSION

In the interest of avoiding further expense, Fisher will not submit a further reply to Mr. Human's June 20th opposition to Fisher's supplemental fees. Mr. Human's response duplicates meritless points he has already raised (*compare* ECF No. 114 at 1–4 *with* ECF No. 96 at 5–16), and Fisher has already responded to. *See* ECF Nos. 79 at 5–17, 100 at 2–8, 113 at 1–4. And Fisher covered the extensive additional evidence from Mr. Human's deposition that confirms the Court should grant the relief Fisher seeks. ECF No. 115 at 1–5.

Dated: June 24, 2025

Respectfully submitted,

/s/ *Alex Terepka*
Alex Terepka (*pro hac vice*)
James M. Ruley (*pro hac vice*)
Melanie Ng Silva (*pro hac vice*)
WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, GA 30309
Tel: (213) 839-3317
alex@wtlaw.com
jruley@wtlaw.com
mngsilva@wtlaw.com

Matthew D. Guletz, #57410(MO)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6311
Fax: 314-552-7000
mguletz@thompsoncoburn.com

*Attorneys for Fisher Investments, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this June 24, 2025, I caused to be electronically filed the foregoing document in the United States District Court for the Eastern District of Missouri, with notice of same being electronically served via email to Mr. Human's counsel.

*/s/ Alex Terepka*
Alex Terepka