# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 15, 2025

Edwin V. Butler II
BUTLER LAW GROUP
Suite 220
1650 Des Peres Road
Frontenac, MO  63131

RE:  25-2595  In re: Daniel Human

Dear Counsel:

    Enclosed is a copy of a dispositive order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

Susan E. Bindler
Clerk of Court

DAK

Enclosure(s)

cc:    Clerk, U.S. District Court, Eastern District of Missouri
       Matthew D. Guletz
       Melanie Ng
       James Michael Ruley
       Alexander Donald Terepka

    District Court/Agency Case Number(s):   4:24-cv-01177-MTS

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  25-2595
_____

In re: Daniel Human, Individually, and on behalf of other similarly situated

Petitioner

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01177-MTS)

---

## JUDGMENT

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.

    Petition for writ of mandamus has been considered by the court and is denied. Mandate shall issue forthwith.

August 15, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Susan E. Bindler