# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2595

In re: Daniel Human, Individually, and on behalf of other similarly situated

Petitioner

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01177-MTS)

------

**MANDATE**

In accordance with the judgment of August 15, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 15, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit