# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2595

In re: Daniel Human, Individually, and on behalf of other similarly situated

Petitioner

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01177-MTS)

---

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

September 30, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler