IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Daniel Human, | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| Vs. | ) | No. 4:24-cv-01177-MTS |
| | ) | |
| Fisher Investments, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE REGARDING CONSENT TO MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Comes now Edwin V. Butler, Attorney at Law and counsel of record for Counter-Defendant Daniel Human, and in response to the Court's Order entered June 5, 2026 (which required the filing of a Notice no later than June 16, 2026, indicating whether Counter-Defendant Daniel Human consents to or opposes the Motion to Withdraw as Counsel of Record, Doc. 84), states as follows:

1. Prior to, during, and immediately after the deposition of Counter-Defendant Daniel Human in this matter, Mr. Human made clear, express, and repeated representations to undersigned counsel that he consented to counsel's withdrawal from this case due to the conflict of interest that had arisen.

2. Specifically, Mr. Human acknowledged the conflict created by his testimony at the March 28, 2025 hearing (and related deposition proceedings) regarding communications about the destruction of his computer. He understood that the relevant communications had been made to opposing counsel in unrelated state-court matters and not

to undersigned counsel, and that this situation placed counsel in an untenable ethical position, including the risk of becoming an adverse witness and the inability to continue zealous representation without disclosing privileged information.

3. Mr. Human expressly stated that he consented to undersigned counsel's withdrawal, understood the need for new counsel or to proceed pro se if necessary, and supported the filing of the Motion to Withdraw (Doc. 84).

4. These representations of consent were made in good faith by Mr. Human both during the deposition and in follow-up discussions immediately thereafter.

5. Following the deposition and these discussions, and upon receipt of the Court's June 5, 2026 Order, undersigned counsel made diligent, good-faith efforts to contact Mr. Human to obtain his current position and/or written confirmation of consent for filing with the Court by the June 16, 2026 deadline.

6. Despite these repeated efforts, Mr. Human has not responded to counsel's inquiries regarding his consent or position on the Motion to Withdraw.

7. This Notice is being filed on June 17, 2026, as soon as practicable after undersigned counsel confirmed that Mr. Human would not provide a response despite the passage of the Court's deadline and continued outreach.

8. Based on Mr. Human's prior express consent combined with his current incommunicado status, undersigned counsel respectfully submits this Notice for the Court's consideration in connection with the pending Motion to Withdraw (Doc. 84) and the hearing scheduled for June 29, 2026, at 1:30 p.m. in Courtroom 16-S.

9. A comprehensive Affidavit of Edwin V. Butler detailing Mr. Human's

representations regarding consent, the underlying conflict of interest, and related circumstances is being filed contemporaneously herewith and is incorporated by reference.

WHEREFORE, Attorney Edwin V. Butler prays that the Court accept this Notice, consider the prior consent of Counter-Defendant Daniel Human, and grant such other and further relief as the Court deems just and proper, including granting the Motion to Withdraw as Counsel of Record.

Respectfully submitted,

/s/ Edwin V. Butler
Edwin V. Butler, Mo. Bar No. 32489
Attorney for Counter-Defendant Daniel Human
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
(314) 504-0001
edbutler@butlerlawstl.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, a true and correct copy of the foregoing Notice was served on all parties of record via the Court's CM/ECF electronic filing system.

/s/ Edwin V. Butler
Edwin V. Butler