**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL HUMAN, *individually and on behalf of others similarly situated*, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:24-cv-01177-MTS |
| FISHER INVESTMENTS, INC., *et al.*, | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Attorney Edwin V. Butler's Motion to Withdraw as Attorney for Counter-Defendant Daniel Human. Doc. [84]. Counter-Defendant Human has not raised any opposition to the Motion. Indeed, he declined to appear at the hearing on the Motion though he received notice of it. *See* Doc. [154-1] ¶¶ 11–12. In addition, since the filing of Butler's Motion, the Court has determined that Butler and Human are jointly and severally liable for at least a portion of Counter-Plaintiff Fisher Investments, Inc.'s fees in this matter. This new joint and several liability would strain the attorney-client relationship. Finally, Human frequently litigates actions *pro se*; therefore, the Court finds that progress of this case will not be hampered by Butler's withdrawal nor otherwise unreasonably prejudice Human.

Accordingly,

**IT IS HEREBY ORDERED** that Edwin V. Butler's unopposed Motion to Withdraw as Attorney, Doc. [84], is **GRANTED**.[*]

---

[*] Granting Butler's Motion to Withdraw in no way absolves him of any liability for his actions and inactions in this case to date, and Butler remains obligated to appear in this matter when ordered to do so by the Court, including for the hearing set for October 13, 2026, at 2:30 p.m.

**IT IS FURTHER ORDERED** that, no later than **Wednesday**, **October 07, 2026**, Butler **must** provide a copy of this Memorandum and Order, along with a copy of the three other orders signed this same date, to Counter-Defendant Daniel Human via electronic and physical mail to Human's last-known addresses and **must** file a certificate of service with the Court detailing to what addresses Butler has sent them.

Dated this 30th day of September 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE