RECEIVED

OCT 26 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DANIEL HUMAN, pro se** | ) | |
| **Plaintiff/Counter-Defendant** | ) | |
| | ) | |
| **V** | ) | **Case No. 4:24-cv-01177-MTS** |
| | ) | |
| **FISHER INVESTMENTS, INC.,** | ) | |
| | ) | |
| **Defendant/Counter-Plaintiff.** | ) | |

**<u>PLAINTIFF'S MOTION FOR EXTENSION OF TIME</u>**
**<u>TO RESPOND TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES</u>**

Plaintiff Daniel Human, proceeding pro se, respectfully requests a ten-day extension of time to file his opposition to Defendant Fisher Investments' Motion for Attorney's Fees (ECF No. 170).

**<u>Good Cause</u>**

1. Defendant filed its Motion for Attorney's Fees and supporting materials on or about October 22, 2026. The submission is voluminous, consisting of a memorandum and approximately 194 pages of exhibits and supporting documentation.

2. Plaintiff is out of town from November 2 through November 5, 2026, on travel that was arranged and paid for before Defendant filed its fee motion and

which the Court was made aware of recently. Plaintiff will return late on November 5 and will not have meaningful access to the materials or the ability to prepare a response during that period.

3. Plaintiff has also been actively attempting to locate replacement counsel following the recent withdrawal of prior counsel. Those efforts are ongoing and have further limited the time available to prepare a thorough response to the fee motion.

4. The combination of the volume of Defendant's submission, Plaintiff's pre-scheduled absence, and ongoing efforts to secure replacement counsel makes it impractical to prepare a thorough response by the current deadline.

**Relief Requested**

Plaintiff requests that the deadline to file his opposition be extended by ten days, to November 15, 2026 (or the next business day if that date falls on a weekend or holiday). This short extension will allow Plaintiff to complete a proper response without prejudicing Defendant.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and extend the deadline for his opposition to Defendant's Motion for Attorney's Fees by ten days.

Respectfully submitted,

Daniel Human, pro se
10423 Conway Rd.
St. Louis, MO 63131
(314) 707-1892
danlovestopolo@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, a true and correct copy of the foregoing was served on counsel for Defendant by email to the same email address(es) from which counsel previously served Doc. 170 on Plaintiff, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

/s/Daniel Human