**IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL HUMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:24-cv-01177 |
| Vs | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Fisher Investments, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

**REGARDING DELIVERY OF ADDITIONAL DOCUMENTS**

I hereby certify that on Friday, October 23, 2026, I caused true and correct copies of the following additional documents to be delivered to counsel of record for Defendant Fisher Investments, Inc. via secure Dropbox link:

**TABLE OF CONTENTS — ADDITIONAL DOCUMENTS PROVIDED**

**Documents in PDF Order (as they appear)**

Confidential Settlement Agreement and Release (Rocket Mortgage, LLC & Michelle Nunes; Human v. Rocket Mortgage, No. 4:23-cv-00123 EDMO; $9,900 lump sum to Butler Law Group; full release of TCPA and related claims; confidentiality; Exhibit A dismissal) ........ 1
Confidential Settlement Agreement and Release of All Claims (General Motors LLC; individual claims arising from 2024 telephone calls; putative class action removed to EDMO; notice of dismissal with prejudice; confidentiality & non-disparagement; no admission) ........ 19
Confidential Settlement Agreement and Release of All Claims (International Union of Police Associations AFL-CIO / IUPA / National Police and Troopers Association; Human v. IUPA, No. 4:24-cv-00570-SEP EDMO; $1,500 payment to Butler Law Group via ACH or check; full release including TCPA/MMPA; confidentiality; dismissal with prejudice) ........ 27
Settlement Agreement, Release, and General Waiver (PolicyScout, LLC; mutual releases covering PolicyScout Lawsuit (Utah) and Human counterclaim (Missouri, later remanded); joint dismissals with prejudice; representations regarding contact information and Do Not Call; non-disparagement; Utah law/venue) ........ 32
Confidential Settlement Agreement and General Release of Claims (STL Design and Build, LLC & Thomas Levinson; Human v. STL Design and Build, No. 4:23-cv-00684-MTS EDMO; $7,500 to Butler Law Group; release of TCPA/DNC/MMPA claims; confidentiality; stipulation of dismissal with prejudice) ........ 37

Remote deposit / endorsement form ........ 42
Check #1023 (Butler Law Group LLC Lawyers Trust Account to Dan Human; $4,000.00; 9/30/23; Human v. Call Trader settlement proceeds) ........ 43
Check (New American Funding LLC to Butler Law Group LLC; $11,000.00; 11/03/23; NOV2023 Settlement Daniel vs NAF SP) ........ 44
Endorsement / deposit slip ........ 45
Letter from Richard B. Korn (Fox Smith LLC; 11/8/23) enclosing $11,000 settlement check for Human et al v. NAF (No. 4:23-cv-01271 EDMO) and requesting dismissal with prejudice ........ 46
Hand-delivery envelope / note (Fox Smith) ........ 47
Blank / partial page ........ 48
Letter from Mary Ann L. Wymore (Greensfelder, Hemker & Gale; 11/6/23) enclosing $7,500 check for Human v. STL Design and Build (No. 4:23-cv-00684-MTS) ........ 49
Check (STL Design and Build, LLC to Butler Law Group LLC; $7,500.00; 11/2/23) ........ 50
Endorsement for deposit (Butler Law Group) ........ 51
Deposit slip ........ 52
Check #1027 (Butler Law Group to Daniel Human; $7,332.67; 11/20/23; Human v. NAF settlement proceeds) ........ 53
Deposit slip ........ 54
Check #1025 (Butler Law Group to Daniel Human; $5,000.00; 11/9/23; Settlement Proceeds Human v. STL D&B) ........ 55
Deposit slip ........ 56
Check #1032 (Butler Law Group to Dan Human; $6,500.00; 12/15/23; Human v. ISI settlement) ........ 57
Check (Selective Insurance Company of America / Window Nation to Edwin V. Butler / Butler Law Group; $6,000.00; Check No. 011437811; Full & Final Settlement) ........ 58
Back of check / security features ........ 59
Letter from Kevin P. Green (Goldenberg Heller & Antognoli; 12/13/23) enclosing fully-executed Window Nation settlement agreement and Settlement Payment (Check No. 011437811); request Notice of Dismissal by 12/27/23 (Human v. Window Nation, No. 4:23-cv-00489-SEP) ........ 60
Confidential Settlement Agreement (Window Nation, LLC; Aaron Magden; Harley Magden; Jeff Beck; Lauren Tusi; Louis Apoldo; and Doe defendants; Human v. Window Nation, No. 4:23-cv-00489 EDMO; $6,000 to Butler Law Group; full release of TCPA/MMPA/MDNC claims; confidentiality; non-disparagement; Exhibit A Notice of Voluntary Dismissal with Prejudice; executed signatures) ........ 61
US Bank deposit receipts ($6,000; noted "windows"; 12/19/23) ........ 76
Deposit slip ........ 78

Check #1035 (Butler Law Group to Dan Human; $4,000.00; 12/26/23) ........................................ 79
Letter from Kevin P. Green (12/13/23) re Window Nation (duplicate) ........................................ 80
Check (Selective Insurance / Window Nation; $6,000.00; duplicate) ........................................ 81
Confidential Settlement Agreement (Window Nation et al.; duplicate of pp. 61–75, including Exhibit A) ........................................ 82
Letter from Kevin P. Green (12/13/23) re Window Nation (duplicate) ........................................ 97
Check (Selective Insurance / Window Nation; $6,000.00; duplicate) ........................................ 98
Confidential Settlement Agreement (Window Nation et al.; duplicate) ........................................ 99
Deposit ticket ($1,667.00; 5/22/24) ........................................ 114
Deposit form ........................................ 115
Check (Butler Law Group / Commerce Bank; $1,667.00) ........................................ 116
Security features / endorsement page ........................................ 117
Check #1007 (Butler Law Group to Dan Human; $6,666.70; 5/22/24; Settlement Proceeds Human v. UHC) ........................................ 118
Endorsement page ........................................ 119
Check #1006 (Butler Law Group to James Clark; $1,666.00; 5/22/24; Atty fee Human v. USHA) ........................................ 120
UnitedHealth Group vendor profile update letter (4/30/24; payment method updated to CHECK) ........................................ 121
Blank page (intentionally left blank) ........................................ 123
Letter from Erica Gibbs (UnitedHealthcare Associate General Counsel; 5/7/24) enclosing check #14510447 ($10,000) for settlement of Human et al v. Healthmarkets Insurance Services Inc. and USHealth Advisors LLC et al. ........................................ 124
Invoice / check stub and check ($10,000.00; United HealthCare Sys Inc.; Check No. 14510447; 5/3/24; SETTLEMENT153531) ........................................ 125
Endorsement / blank page ........................................ 126
Letter from Peter J. Maskow (Atherton Galardi Mullen & Reeder; 10/21/24) re Human v. National Enrollment Center, LLC (No. 4:24-cv-01121-SPM EDMO); attempts to discuss settlement / Rule 16 conference; notes wrong party named; FedEx tracking and related pages ........................................ 127
Email chain: Human v. Alleviate (settlement documents attached; ACH payment issues; alleged breach; funds arrived; request to file stipulation of dismissal; Sept–Oct 2024) ........................................ 131
Email chain: Human v. ISI (signed agreement; payment instructions / wire; $9,750 settlement; W-9s; Dec 2023) ........................................ 137

Email chain: Human v. STL Design and Build (draft Confidential Settlement Agreement; settlement demand discussions; Oct 2023) ........ 139
Email chain: Human v. Call Trader (settlement negotiations; $6,000 deal; draft releases; notices of resolution; confidentiality; July–Sept 2023 and related) ........ 142
Email chain: Human v. Window Nation (settlement offer of $50,000 individual; June 2023) ........ 152
Email chain: Call Trader / PolicyScout related (joint stipulation for dismissal; Utah and Missouri; Jan 2024) ........ 154
Email chain: Human v. Windows (fully executed agreement and settlement payment mailing; Dec 2023) ........ 157
Email chain: Policy Scout / Human (settlement negotiations; apology / non-disparagement language; signed agreement; notice of settlement; Jan 2024) ........ 161
Email chain: Human v. IUPA (proposed SA/NDA; acceptance of $1,500; ACH instructions; Aug 2024) ........ 167
Email: Human v. Healthmarkets/USHA (fully executed NDA/SA and W-9s; Apr 2024) ........ 170
Email chain: IUPA (check mailed; fully executed SA and W-9s; Aug 2024) + check image ($1,500.00 from International Union of Police Assoc. to Butler Law Group; 8/28/24; Daniel Human claim settlement) ........ 171
Email chain: Human v. Healthmarkets/USHA (edits to settlement agreement; draft versions; Apr 2024) ........ 175
Email chain: Human v. Frubell (agreed in principle to dismiss for $3,000; draft release with general release, confidentiality, non-disparagement; proposed stipulation of dismissal; Sept 2024) ........ 178
Email chain: Human v. AFN (proposed SA/NDA; ACH payment; Aug 2024) ........ 181
Email chain: Human v. Dream Style (ACH payment posted; fully executed NDA/SA and W-9; Apr 2024) ........ 183
Email chain: Alleviate (additional correspondence re W-9 and agreement) and Benepath (settlement discussions) ........ 187
Email chain: Human v. Benepath (settlement negotiations; offers ranging from ~$7,500–$40,000; acceptance around $12,000 with confidentiality and payment terms; July 2023) ........ 190
Attachment list (discovery requests / St. Louis County docket sheet references) ........ 196
Letter from Jeffrey Heaton, Esq. (5/31/23) re Human v. Benepath, Inc. (offer to discuss demand; differing factual accounts) ........ 197

Service was effected by providing a secure Dropbox link containing the foregoing documents to counsel of record for Fisher Investments, Inc.

/s/Edwin V. Butler
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., STE 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001

Certificate of Service

A true copy of the above and foregoing was served on all counsels of record upon filing through the Court ECF/CM system on this 27th day of October 2026.

/s/Edwin V. Butler
Edwin V. Butler