**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL HUMAN, *individually and on behalf of others similarly situated*, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:24-cv-01177-MTS |
| FISHER INVESTMENTS, INC., *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that Counter-Defendant Daniel Human's Motion for Extension of Time, Doc. [171], is **GRANTED**. Counter-Defendant Human shall have through **Monday**, **November 16, 2026**, to file any opposition to Counter-Plaintiff Fisher Investments, Inc.'s Record of Fees. *See* Doc. [170]; *see also* Doc. [160]. Counter-Plaintiff shall have through **Tuesday**, **December 01, 2026**, to file any reply thereto. *See* Fed. R. Civ. P. 6(b)(1)(A).

So **ORDERED** this 3rd day of November 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE