**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

**DANIEL HUMAN**, individually and on behalf of all others similarly situated,

Plaintiff/Counter-Defendant,

v.

**FISHER INVESTMENTS, INC.**,

Defendant/Counter-Plaintiff.

**Case No. 4:24-cv-01177-MTS**

**JURY TRIAL DEMANDED**

## JOINT MOTION TO CANCEL THE NOVEMBER 9, 2026 DISCOVERY STATUS CONFERENCE

Counter-Plaintiff Fisher Investments, Inc. ("Fisher") and Counter-Defendant Daniel Human jointly move the Court to cancel the discovery status conference set for Monday, November 9, 2026. ECF No. 168. In support, the parties state:

1. The Court's Fourth Amended Case Management Order provides that, "[i]f no issues need to be addressed, the parties may file a joint motion to dispense with either or both conferences." ECF No. 163 at 3.

2. The parties have conferred and agree that no issues currently require the Court's attention at a November 9 conference. The parties will raise any remaining issues through motion practice or at the December 10, 2026 status conference. ECF No. 163.

WHEREFORE, Fisher and Mr. Human respectfully request that the Court cancel the November 9, 2026 discovery status conference.

Dated: November 5, 2026

/s/ James M. Ruley
Alex Terepka (pro hac vice)
James M. Ruley (pro hac vice)
Melanie Ng Silva (pro hac vice)
WATSTEIN TEREPKA LLP
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Tel: (213) 839-3317
alex@wtlaw.com
jruley@wtlaw.com
mngsilva@wtlaw.com

Matthew D. Guletz, #57410(MO)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6311
mguletz@thompsoncoburn.com

*Attorneys for Fisher Investments, Inc.*

/s/ Daniel Human (with permission)
Daniel Human
10423 Conway Road
St. Louis, Missouri 63131
danlovestopolo@gmail.com

*Counter-Defendant, pro se*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice to all counsel and interested parties of record, including Edwin V. Butler. I further certify that I caused a copy to be served on Counter-Defendant Daniel Human, pro se, by email at danlovestopolo@gmail.com and by U.S. Mail at his last-known address, 10423 Conway Road, St. Louis, Missouri 63131.

/s/ James M. Ruley
James M. Ruley