**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **DANIEL HUMAN**, individually and on behalf of all others similarly situated,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>**FISHER INVESTMENTS, INC.**,<br><br>Defendant/Counter-Plaintiff. | **Case No. 4:24-cv-01177-MTS**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF JAMES M. RULEY IN SUPPORT OF FISHER'S MOTION TO EXTEND ITS REPLY DEADLINE AND TO FILE ONE CONSOLIDATED REPLY**

I, James M. Ruley, declare as follows:

1. I am an attorney at Watstein Terepka LLP and one of the counsel for Defendant/Counter-Plaintiff Fisher Investments, Inc. ("Fisher") in this action. I am admitted to practice before this Court pro hac vice. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. On the evening of November 4, 2026, I sent separate emails to Edwin V. Butler and to Counter-Defendant Daniel Human asking whether they opposed Fisher's request for leave to file one consolidated reply to their oppositions to Fisher's record of fees, due December 1, 2026. On November 6, 2026, I followed up with Mr. Butler.

3. Attached as Exhibit A is a true and correct copy of my email exchange with Mr. Butler on this subject, dated November 4 through November 6, 2026, as maintained in my firm email account.

4. Attached as Exhibit B is a true and correct copy of my email exchange with Mr. Human on this subject, dated November 4 and November 5, 2026, as maintained in my firm email account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2026 in Marietta, Georgia.

*/s/ James M. Ruley*
James M. Ruley

# EXHIBIT A

# James Ruley

**From:** Edwin Butler <edbutler@butlerlawstl.com>
**Sent:** Friday, November 6, 2026 3:00 PM
**To:** James Ruley <jruley@wtlaw.com>
**Cc:** Alex Terepka <Alex@wtlaw.com>
**Subject:** RE: Human v. Fisher - Consolidated Reply on Fee Record

---

[Warning – external]

James,

I oppose Fisher's request for leave to file one consolidated reply to my opposition and Mr. Human's opposition, both due December 1.

My objections (filed solely on behalf of Edwin V. Butler and Butler Law Group LLC) have nothing to do with Mr. Human's positions. They address distinct legal and factual issues that apply only to me and the firm: the pre-appearance concession, the April 10, 2025 conflict declaration and withdrawal (ECF 84), the post-conflict bar under *Goodyear* and Model Rule 1.16, the firm's lack of independent liability, and the specific lodestar and but-for defects that cannot be attributed to me after the conflict. Mr. Human and I are separate parties with separate counsel and separate interests. Combining the replies will inevitably mix, confuse, and combine those issues, prejudicing me by blurring the record on points that must remain distinct for both this Court and any appellate review.

There is also no practical reason a firm of Fisher's size and resources cannot prepare and file separate replies within the existing timeframe. The Court already extended the deadlines. A consolidated reply serves only to obscure the separation the record requires.

Please confirm that Fisher will file separate replies, or advise if you intend to proceed with a motion so that I may respond.

Edwin V. Butler
Butler Law Group, LLC
edbutler@butlerlawstl.com
(314) 504-0001

---

**From:** James Ruley <jruley@wtlaw.com>
**Sent:** November 6, 2026 7:00 AM
**To:** Edwin Butler <edbutler@butlerlawstl.com>
**Cc:** Alex Terepka <Alex@wtlaw.com>
**Subject:** Re: Human v. Fisher - Consolidated Reply on Fee Record

Hi Ed,

Following up here.

Please let us know by 2:00 PM CT today if you oppose our request. If we don't hear back from you, we will note that in our filing.

James

**From:** James Ruley <jruley@wtlaw.com>
**Date:** Wednesday, November 4, 2026 at 10:00 PM
**To:** edbutler@butlerlawstl.com <edbutler@butlerlawstl.com>
**Cc:** Alex Terepka <Alex@wtlaw.com>
**Subject:** Human v. Fisher - Consolidated Reply on Fee Record

Hi Ed,

As you know, the Court extended Mr. Human's deadline to respond to Fisher's fee record to November 16, and extended Fisher's reply deadline to December 1. For efficiency's sake, Fisher intends to ask the Court for leave to file one consolidated reply to your opposition and Mr. Human's opposition, both to be due December 1.

Please let us know by 5:00 p.m. Central time tomorrow, November 5, whether you oppose that request.

Thanks,

James

# EXHIBIT B

# James Ruley

| | |
|---|---|
| **From:** | Dan Human <danlovestopolo@gmail.com> |
| **Sent:** | Thursday, November 5, 2026 11:36 AM |
| **To:** | James Ruley <jruley@wtlaw.com> |
| **Subject:** | Re: Human v. Fisher - November 9 Status Conference and Reply Deadline |

[Warning – external]

Mr. Ruley,

I have no objection to waiving the November 9, 2026, hearing as I agree that at this point it is not necessary. I also have no objection to your consolidated response to the fee bill issue.

Cordially,

Dan Human

---

**From:** James Ruley <jruley@wtlaw.com>
**Sent:** Thursday, November 5, 2026 2:59 AM
**To:** danlovestopolo@gmail.com <danlovestopolo@gmail.com>
**Cc:** Alex Terepka <Alex@wtlaw.com>
**Subject:** Human v. Fisher - November 9 Status Conference and Reply Deadline

Mr. Human,

The Court has set a status conference for Monday, November 9, but stated that it can be cancelled if the parties do not think it is necessary. *See* ECF No. 163 at 3 ("If no issues need to be addressed, the parties may file a joint motion to dispense with either or both conferences."). Fisher does not think the November 9 status conference is necessary at this juncture. Please let us know if you agree. If so, we will submit a short filing letting the Court know, and the parties can take up any remaining issues at the December 10 conference.

Separately, as you know, the Court extended your deadline to respond to Fisher's fee record to November 16, and extended Fisher's reply deadline to December 1. For efficiency's sake, Fisher intends to ask the Court for leave to file one consolidated reply to your opposition and Mr. Butler's opposition, to both be due December 1. Please let us know whether you oppose that request.

We would appreciate a response on both points by 5:00 p.m. Central time tomorrow, November 5.

Thanks,

James