**BUTLER LAW GROUP, LLC**

1650 Des Peres Rd., Suite 220, St. Louis, MO 63131

Tel: (314) 504-0001 | edbutler@butlerlawstl.com

## COMPREHENSIVE ATTORNEY TIME RECORD AND OFFSET BILL

### FOR RESEARCH, COMPLIANCE, COURT APPEARANCES, PRODUCTION, AND RELATED FILINGS

*Human v. Fisher Investments, Inc., No. 4:24-cv-01177-MTS*

**Prepared as a Full Offset Against Any Fee Award Sought by Fisher Investments, Inc.**

Rate: $400.00 per hour (attorney time). Expenses listed separately.

This comprehensive record combines all non-duplicate entries from prior time records. It documents the extraordinary uncompensated time required to respond to Fisher's subpoenas, successive deficiency demands (including the November 13, 2026 email), multiple Court orders (including ECF 150), production of more than 1,700 pages, court appearances, document collection/conversion/redaction, and preparation of the Motion to Offset, Memorandum, and this bill. All time is offered as a complete offset.

| Date | Description | Hours | Amount / Expense |
|---|---|---|---|
| 05/12/2025 | Initial full-scale search of firm files, email (inbox/sent/deleted/archive), case management, paper files, and agent materials for all Human settlements, trust activity, correspondence, and disbursements; collection of check images and records; preparation of production set and supporting materials. | 24.0 | $9,600.00 |
| 05/13–05/20/2025 | Continued multi-day searches across personal accounts, employee/agent files (including Prosser-related materials in custody/control), backups, and storage; conversion of collected documents to searchable PDF; redaction of non-Human information; organization for production. | 32.5 | $13,000.00 |
| 07/2025 | Supplemental search and production of additional trust statements and records after further demands; review of Court comments on usability of prior redacted materials; preparation for potential in camera review. | 16.0 | $6,400.00 |
| 01/22/2025 | Preparation for and attendance at Zoom Status Conference (ECF 31); post-conference research and notes on discovery disputes and Court directives. | 5.5 | $2,200.00 |
| 03/28/2025 | Preparation for and in-person attendance at Motion Hearing (ECF 74, Courtroom 16S); travel, parking ($10), argument on discovery/sanctions; post-hearing research and compliance planning. | 7.0 | $2,800.00 + $10 parking |
| 05/22/2025 | Preparation for and attendance at Zoom Status Conference (ECF 104); review of discovery disputes and Court orders regarding deposition and scheduling. | 4.5 | $1,800.00 |
| 07/17/2025 | Preparation for and attendance at Zoom Discovery Hearing (ECF 126); notes on briefing schedules and ongoing disputes. | 4.0 | $1,600.00 |
| 06/29/2026 | Preparation for and in-person attendance at Motion Hearing (ECF 155, Courtroom 16S) on sanctions, fees, withdrawal, and discovery; travel, parking ($10); post-hearing compliance with Court directives. | 8.5 | $3,400.00 + $10 parking |
| 10/13/2026 | Preparation for and attendance at Status Conference; detailed notes on Court instructions regarding trust records, search certification, and production completeness; immediate post-conference research. | 6.0 | $2,400.00 |
| 10/14–10/22/2026 | Extensive renewed searches of all systems and files; location and review of additional settlement agreements (Rocket Mortgage, STL Design and Build, etc.); conversion of all materials to PDF; redaction; compilation of 197-page production set; Dropbox setup and fees. | 38.0 | $15,200.00 + Dropbox fees |
| 10/23/2026 | Final review, organization, quality check, and transmission of October 23 Dropbox production; preparation of table of contents and supporting materials. | 7.5 | $3,000.00 |
| 10/27/2026 | Drafting, multiple revisions, and filing of Certificate of Service (Doc. 173) with complete table of contents of additional documents provided. | 4.0 | $1,600.00 |
| 04/21/2026–05/12/2026 | Compliance with Court Order (Doc. 150) compelling full response to subpoenas by May 12, 2026; additional searches, document collection, PDF conversion, and production efforts toward the overall 1,700+ page total. | 28.0 | $11,200.00 |
| 11/04–11/12/2026 | Parallel research and analysis related to ongoing discovery compliance while preparing fee-record objections; cross-referencing prior productions against new demands. | 22.0 | $8,800.00 |
| 11/13/2026 | Line-by-line review of Fisher's detailed deficiency email (Exhibit A); research into each cited page, prior production, and docket entry; drafting and multiple revisions of comprehensive response addressing all categories, objections to scope/burden/relevance, request for extension, and offset reservation. | 11.0 | $4,400.00 |
| 11/13/2026 (filings) | Drafting, revision, and preparation of Motion to Offset, Memorandum of Law in Support, and this Comprehensive Time Record chart. | 14.0 | $5,600.00 |
| Ongoing / Anticipated | Further research, third-party outreach for missing demand letters and records, preparation of declaration (search methods, sources, date ranges, terms, equipment changes, non-existence statements), additional PDF conversions, and any Court-ordered supplemental productions or appearances. | 55.0 | $22,000.00 |
| **TOTAL HOURS** | **All non-duplicate research, appearances, compliance, collection, conversion, production (>1,700 pages), responses, and preparation of offset filings** | **288.0** | **$115,200.00** |

**Expenses**

Parking (in-person appearances): $20.00

Dropbox transmission and storage fees: $45.00

PDF conversion and processing costs: $75.00

**Grand Total (Fees + Expenses): $115,340.00**

This comprehensive bill includes every non-duplicate entry from the prior detailed time record and the summary chart. It is limited to time and costs directly attributable to Fisher's subpoenas, Court orders, productions of more than 1,700 pages, deficiency responses, and preparation of the offset papers. It is offered as a complete offset against any fee award sought from Edwin V. Butler or Butler Law Group LLC. Additional time will continue to accrue. All entries are preserved for Eighth Circuit review.

Edwin V. Butler
Butler Law Group, LLC

Dated: November 15, 2026