# EXHIBIT A

# PROPOSED REDUCTION SUMMARY

*(Human v. Fisher Investments, Inc., No. 4:24-cv-01177-MTS)*
*(Attachment to Daniel Human's Opposition to Fisher Investments, Inc.'s Record of Fees (Doc. 170))*

| Category | Approx. Amount Sought | Proposed Reduction | Remaining (if any) | Primary Basis |
|---|---|---|---|---|
| Fees not incurred solely for defense of the claims | Majority of $553,610.83 | 70–90% | Limited | Doc. 160 "solely for the defense" + Goodyear but-for |
| Post-March 31, 2026 work (after Doc. 148) | Substantial | 100% | $0 | Outside scope of Doc. 160 |
| Redundant multi-lawyer time | Substantial portion of invoices | 50–80% of those hours | Sharply reduced | Hensley / Orduno |
| Routine tasks billed at attorney rates | $80,000–$110,000 inflation | Re-rate to ~$200/hr | Significant cut | Lodestar rate/skill mismatch |
| Above-market rates | Entire bill | 20–40% rate reduction | Further reduced | Missouri market ~$300–$350/hr |
| Non-performed appeal work | Portion of relevant category | 100% | $0 | Eighth Circuit dockets |
| Overall | $553,610.83 | 86%+ | ≤ $78,000 | Combined Doc. 160 limits + lodestar |