# EXHIBIT B

## HOURS COMPARISON: FISHER BILLED HOURS vs. REASONABLE HOURS AND ILLUSTRATIVE ENTRIES

*(Human v. Fisher Investments, Inc., No. 4:24-cv-01177-MTS)*
*(Attachment to Daniel Human's Opposition to Fisher Investments, Inc.'s Record of Fees (Doc. 170))*

| Work Category | Fisher Billed Hours (approx.) | Reasonable Hours | Rate Applied | Amount | Basis for Reduction |
|---|---|---|---|---|---|
| Core defense through resolution (pre-Doc. 148) | ~280–320 | 140 | $350 | $49,000 | Limit to sole-purpose defense under Doc. 160; exclude redundant overlaps |
| Post-Doc. 148 work and fee-record compilation | ~150–180 | 0 | — | $0 | Outside "solely for the defense" scope; self-incurred |
| Routine/clerical tasks | ~80–100 | 20 | $200 | $4,000 | Re-rate from attorney rates to paralegal rate |
| Non-performed appeal/mandamus work | ~15–20 | 0 | — | $0 | Never performed |
| Residual after all reductions | — | — | — | ≤ $25,000 | Remaining after Goodyear and lodestar cuts |
| Total Reasonable Award | ~550–650 | ~160 | Blended | ≤ $78,000 | Doc. 160 + Goodyear + Hensley/Orduno |

**Illustrative Concurrent-Billing Examples** (every similar entry is also objected to and preserved):

• Same-day or near-same-day entries by different timekeepers on the same contracts or the same next-step issues (including an example on or about August 15, 2024, and repeated runs of concurrent or successive review-and-strategy time in later invoices).

**Illustrative Routine/Clerical Examples:**

• Multi-hour attorney-rate entries on consecutive days in early April 2025 devoted to assembling or redacting the fee submission itself.

**Notes:**

• Fisher's total request of $553,610.83 reflects roughly 550–650 billed hours at rates of $695–$831.

• Reasonable hours are limited to work incurred solely for the defense of the claims identified in Doc. 160 that satisfies the but-for test.

◦ All redundant multi-attorney time, post-resolution work, non-performed work, and routine tasks billed at attorney rates have been excluded or re-rated.

• The resulting total does not exceed $78,000.

Every objection in the opposition and every entry identified in this exhibit is preserved for Eighth Circuit review.