**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL HUMAN, | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| v. | ) | No. 4:24-cv-01177-MTS |
| FISHER INVESTMENTS, INC., | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**NOTICE OF INADVERTENT SEALING AND REQUEST TO UNSEAL**

Edwin V. Butler, II, respectfully notifies the Clerk and the Court that Document 184 (First MOTION (Request) for Compensation of Services and Reimbursement of out of pocket expenses) was inadvertently filed under seal. The sealing was a filing error and was not intentional.

Butler did not intend to file Document 184 under seal, did not file a motion for leave to seal, and does not seek to maintain any portion of the filing under seal. The document should be treated as a publicly filed motion.

Butler respectfully requests that the Clerk unseal Document 184 and that it be viewed and treated as a regular, unsealed filing on the public docket.

Dated: November 17, 2026

Respectfully submitted,

/s/Edwin V. Butler
Edwin V. Butler
BUTLER LAW GROUP, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
(314) 504-0001
edbutler@butlerlawstl.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, I served a true and correct copy of the foregoing Notice of Inadvertent Sealing and Request to Unseal, together with a copy of Document 184 and the supporting time record, upon all counsel of record and parties by electronic mail and, where applicable, by the Court's CM/ECF system, addressed as follows:

Alexander Donald Terepka
James Michael Ruley
Melanie Ng Silva
Watstein Terepka LLP
75 14th Street NE, Suite 2600
Atlanta, GA 30309
alex@wtlaw.com
jruley@wtlaw.com
mngsilva@wtlaw.com

Matthew D. Guletz
Thompson Coburn LLP
One US Bank Plaza
505 N. 7th Street, 28th Floor
St. Louis, MO 63101
mguletz@thompsoncoburn.com

Daniel Human
10423 Conway Road
St. Louis, MO 63131

/s/Edwin V. Butler
Ed Butler