**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DANIEL HUMAN, *individually and on behalf of others similarly situated*, )
)
Plaintiff, )
)
vs. ) Case No. 4:24-cv-01177-MTS
)
FISHER INVESTMENTS, INC., *et al.*, )
)
Defendants. )

**ORDER**

**IT IS HEREBY ORDERED** that the Clerk of Court is respectfully directed to **UNSEAL** Interested Party Edwin V. Butler's Motion to Offset, Doc. [184], and its exhibits. *See* Doc. [188] (explaining that these documents were filed under seal in error). The time to file any response is **Tuesday**, **December 01, 2026**. *See id.* at 2; E.D. Mo. L.R. 4.01(B).

**IT IS FURTHER ORDERED** that the Clerk of Court is respectfully directed to **STRIKE** Interested Party Edwin V. Butler's Supplemental Note to Specific Objections, Doc. [183], from the record. *See* E.D. Mo. L.R. 4.01(C). The Court once again reminds Butler that he must comply with the Court's Rules. *See, e.g.*, Doc. [62] at 2.

**IT IS FINALLY ORDERED** that Counter-Plaintiff Fisher Investments, Inc.'s unopposed Motion for Leave to File Sur-Reply, Doc. [178], is **GRANTED**. The Clerk of Court is respectfully directed to docket the Sur-Reply. Doc. [178-1].

Dated this 19th day of November 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE